# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-mj-00241-001 SKO |
| Plaintiff, | ORDER RESCINDING COMMITMENT TO ANOTHER DISTRICT and CLOSING CASE |
| v. | |
| JUAN OCHOA-PUERTO, | |
| Defendant. | |
| _____/ | |

Juan Ochoa-Puerto was arrested on an Out of District Warrant and appeared before the duty Magistrate Judge in this district on November 20, 2013. This case, 1:13-mj-00241 SKO, was opened in error due to incorrect paperwork from the Western District of Texas having been provided to this Court from the United States Marshal's office. Subsequently, this defendant appeared in this district on November 26, 2013, (see case 5:13-mj-00075 JLT), on the correct warrant from the Southern District of Texas.

THE COURT THEREFORE ORDERS the Commitment to Another District (doc. 5) be rescinded. The Clerk's office shall CLOSE this case and forward a copy of this Order to the Western District of Texas, Del Rio and to the United States Marshal's Office, Fresno.

IT IS SO ORDERED.

Dated:  **November 26, 2013**          **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE